RUTH ELIN AUERBACH (SBN 104191)
Attorney at Law
711 Van Ness Avenue, Suite 440
San Francisco, CA 94102
Telephone: (415) 673-0560
Facsimile: (415) 673-0562
e-mail: attorneyruth@sbcglobal.net

Attorney for Debtor, Eleanor Lindquist

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No.: 08-31643 |
| | ) Chapter 13 |
| ELEANOR LINDQUIST | ) |
| Debtor. | ) |
| | ) Trial Date: March 30, 2010 |
| | ) Time: 9:30 A.M. |
| | ) Courtroom: 23rd Floor, Hon. Thomas E. |
| | ) Carlson |

**DEBTOR'S WITNESS LIST**

The debtor intends to call the following witnesses in connection with the trial of this matter:

1. Eleanor Lindquist, the Debtor, who will testify as to the original purchase of the armoire, the ownership of the armoire and what she thinks the armoire is worth;

2. Meagan Kinter, the Debtor's daughter, who will testify as to her ownership of the armoire.

DEBTOR'S WITNESS LIST 1

Dated: March 23, 2010         LAW OFFICE OF RUTH AUERBACH

                              By:__/s/ Ruth Elin Auerbach_____
                                 RUTH ELIN AUERBACH,
                                 Attorney for Eleanor Lindquist